**Order filed September 16, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00211-CV

_____

## IN RE RIUS RENTALS, LLC AND FRANKLIN POHLMANN, Relators

**Original Mandamus Proceeding**

## O R D E R

In conjunction with an original mandamus proceeding, Relators, Rius Rentals, LLC and Franklin Pohlmann, have filed in this court an opposed emergency motion to stay the trial court proceedings. This matter stems from Cause No. D-19-11-1455-CV in the 358th District Court of Ector County, Texas—a dispute arising from an automobile accident on June 29, 2018. The petition for writ of mandamus specifically relates to two May 11, 2021 orders in which the Honorable John Shrode denied Relators' motions to compel Real Party in Interest, Jaydon Darnes, to sign authorizations that allowed Relators to obtain driver's license and driver's training

records, to produce cell phone records from the date of the accident, and to sign an authorization that allowed Relators to obtain the cell phone records. We have requested that Real Party in Interest file a response to the petition for writ of mandamus.

In the opposed motion for emergency relief, Relators request that we stay the underlying trial court proceedings pending this court's determination of the merits of the petition for writ of mandamus. We grant the opposed motion for emergency relief and hereby stay all proceedings in the trial court pending further order of this court or final disposition of this mandamus proceeding. *See* TEX. R. APP. P. 52.10(b).

PER CURIAM

Date: September 16, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.